# UNITED STATES DISTRICT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Bair Hugger Forced Air Warming Product Liability Litigation | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates to:<br><br>*Caison, et al. v. 3M Company, et al.*<br>**18-cv-0998** | NOTICE OF WITHDRAWAL AND NOTICE OF APPEARANCE OF COUNSEL |

TO: The Clerk of the Court and All Parties and Counsel of Record:

PLEASE TAKE NOTICE THAT Amanda M. Williams is no longer an attorney at the law firm of Gustafson Gluek PLLC and is hereby withdrawn as Counsel. Ms. Williams should be removed from the Court's service list with respect to these actions. Plaintiff will continue to be represented by Gustafson Gluek PLLC, as well as by additional counsel for Plaintiff, and all future correspondence and papers in this action should continue to be directed as such.

The undersigned attorneys notify the Court and Counsel that Daniel E. Gustafson and Karla M. Gluek of Gustafson Gluek PLLC, shall appear as counsel of record for Plaintiffs going forward.

Dated: November 19, 2025      /s/Karla M. Gluek
    Daniel E. Gustafson
    Karla M. Gluek
    **GUSTAFSON GLUEK PLLC**
    120 South Sixth Street, Suite 2600

Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
kgluek@gustafsongluek.com

*Attorneys for Plaintiff*